No. 84–1002. United Telecommunications, Inc., et al. v. Saffels, United States District Judge for the District of Kansas. C. A. 10th Cir. Motion of Chamber of Commerce of the United States of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–1166. Weiss v. York Hospital et al.; and
No. 84–1187. Medical and Dental Staff of York Hospital v. Weiss. C. A. 3d Cir. Certiorari denied. Justice Blackmun took no part in the consideration or decision of these petitions.*